Case 4:24-cv-00977   Document 28   Filed on 10/30/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 30, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Mariselis FERRAL RODRIGUEZ**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **ALEJANDRO MAYORKAS**, *et al.*, <br><br> Defendants. | Case No. 4:24-cv-00977 <br><br> **ORDER ON PLAINTIFFS' VOLUNTARY DISMISSAL** |

**ORDER ON PLAINTIFFS' VOLUNTARY DISMISSAL**

After considering Plaintiffs' motion to voluntary dismissal and the response, if any, the Court

GRANTS the motion and the case is dismissed without prejudice. SIGNED on October 30, 2024.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

*Carlos Dantes Mejias*
Carlos Dantes Mejias
State Bar No. 24094841
Mejias & Associates PLLC
11451 Katy Freeway, Suite 505
Houston, Texas 77079
Office: (832) 930-9983
cdm@mejiasassociates.com

**Counsel for Plaintiffs**